■ RITE AID OF NEW YORK, INC., et al., Respondents, v CHAL-
FONTE REALTY CORP., Appellant. [963 NYS2d 178]—

Order, Supreme Court, New York County (Melvin L.
Schweitzer, J.), entered August 17, 2012, which, to the extent
appealed from, denied defendant's motion to dismiss the first
cause of action, unanimously affirmed, with costs.

Plaintiffs adequately alleged that they did not possess the in-
formation necessary to determine that they had been over-
charged under the provision of the parties' commercial lease re-
lating to real estate taxes until 2012, and the documentary
evidence submitted by defendant, consisting of annual invoices
for real estate taxes and the accompanying documentation,
failed to conclusively rebut plaintiffs' allegations (*compare Gold-
man Copeland Assoc. v Goodstein Bros. & Co.*, 268 AD2d 370
[1st Dept 2000], *lv dismissed* 95 NY2d 825 [2000], 96 NY2d 796
[2001]).

Moreover, the lease is silent as to which party bears the
responsibility for ascertaining whether the increase in the
building's real estate assessment is attributable to a rise in the
value of the building's commercial units, for which plaintiffs
would be partially responsible, or to a rise in the value of the
building's residential units, for which plaintiffs would bear no
liability. In addition, plaintiffs adequately alleged that they did
not know that defendant was assessing them based on the
increase in residential value, because the only documentation of
the valuations was provided by the City to defendant, and de-
fendant never forwarded this information to plaintiffs along
with the real estate tax invoices, and therefore they had no rea-
son to suspect improper assessments. Under these circum-
stances, the documentary evidence does not refute plaintiffs' al-

legations that payments were made under material mistakes of fact and law (*see Dillon v U-A Columbia Cablevision of Westchester*, 100 NY2d 525 [2003]).

We have considered defendant's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Acosta, Renwick, Richter and Gische, JJ.